JS-6

1  DAVID PORTEOUS, admitted *pro hac vice*
   dporteous@ulmer.com
2  JAMES G. MARTIGNON, admitted *pro hac vice*
   jmartignon@ulmer.com
3  ULMER & BERNE LLP
   500 West Madison
4  Suite 3600
   Chicago, Illinois 60661-4587
5  Telephone: 312.658.6500
   Telecopy: 312.658.6523
6

7  JOHN W. COTTON, SBN 54912
   jcotton@cgllp.com
8  ROBERT B. ERICSON, SBN 115571
   rericson@cgllp.com
9  COTTON & GUNDZIK LLP
   624 South Grand Avenue, 22nd Floor
10 Los Angeles, California 90017
   Telephone: 213/312-1330
11 Telecopy:  213/623-6699
12

13 Attorneys for Belvedere Partnership,
   Ltd., Denise M. Winchar and
14 Nancy Coopersmith

15
                UNITED STATES DISTRICT COURT
16
                CENTRAL DISTRICT OF CALIFORNIA
17
                   Western Division – Los Angeles
18

19
   BELVEDERE PARTNERSHIP,    ) Case No.: 2:10-cv-01205 JST (PLAx)
20 LTD.                       ) Hon. Josephine Staton Tucker
                              )
21      Plaintiff,            )
                              ) [PROPOSED] ORDER FOR
22                            ) DISMISSAL OF CASE IN ITS
        vs.                   ) ENTIRETY WITH PREJUDICE
23                            )
   SSI INVESTMENT             )
24 MANAGEMENT, INC., A        )
   California corporation,    )
25                            )
        Defendant.            )
26 _____)

27

28

---

[PROPOSED] ORDER FOR DISMISSAL OF CASE IN ITS ENTIRETY WITH PREJUDICE

| | |
|---|---|
| SSI INVESTMENT MANAGEMENT, INC., A California corporation,<br><br>    Counter-claimant,<br><br>vs.<br><br>BELVEDERE PARTNERSHIP, LTD., et al.<br><br>    Counter-defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court, having considered the Stipulation for Dismissal of Case in Its Entirety with Prejudice, hereby orders as follows:

1. The complaint of Belvedere Partnership, Ltd. ("Belvedere") against SSI Management, Inc. ("SSI") is dismissed with prejudice.

2. The counterclaim of SSI against Belvedere, and Denise M. Winchar and Nancy Coopersmith is dismissed with prejudice. The dismissal with prejudice includes SSI's third-party claims against Winchar and Coopersmith that were filed as counterclaims.

3. Pursuant to the Parties' confidential settlement agreement dated September 28, 2010 (the "Settlement Agreement"), any Party to the Settlement Agreement may seek to enforce the terms of the Settlement Agreement, and the United States District Court for the Central District of California shall retain jurisdiction for the purpose of enforcing the Settlement Agreement, if necessary.

It is so ordered.

Dated: OCT -6 2010, ~~2010~~

                                                          Hon. Josephine Staton Tucker<br>                                                         United States District Court Judge